1  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Plaintiff
6  THRIVENT FINANCIAL
   FOR LUTHERANS
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                    FRESNO DIVISION

11  THRIVENT FINANCIAL FOR LUTHERANS,       )  Case No.  1:18-CV-00097-LJO-BAM
                                            )
12                    Plaintiff,            )
                                            )  **ORDER GRANTING PLAINTIFF**
13  vs.                                     )  **THRIVENT FINANCIAL FOR**
                                            )  **LUTHERANS' MOTION FOR**
14                                          )  **LEAVE TO RETAIN AND**
    JAMES WALLACE, WILLIAM JONES, AND       )  **ADMINISTER ACCOUNTS**
15  ESTATE OF CHERIE LUCK,                  )  **SUBJECT TO LEGAL HOLD**
                                            )
16                    Defendants,           )
                                            )
17  ─────────────────────────────────────────)

18       The Motion for Leave to Retain and to Administer Accounts Subject to Legal Hold of

19  Plaintiff Thrivent Financial for Lutherans ("Thrivent"), came before this Court for consideration in

20  due course.  For good cause appearing, the motion is **granted**.  Thrivent has leave to retain and

21  administer the Accounts which are the subject of the interpleader action, subject to a legal hold

22  preventing distribution of the funds in the Accounts until the Court issues an Order identifying the

23  proper recipient(s) and instructing Thrivent as to the proper owner or owners of the funds.

24  IT IS SO ORDERED.

25       Dated:  __**January 31, 2018**__          _____**/s/ Lawrence J. O'Neill**_____
                                                    UNITED STATES CHIEF DISTRICT JUDGE
26
27
28

─────────────────────────────────────────────────────────────────────────────
ORDER GRANTING MOTION FOR LEAVE TO RETAIN AND ADMINISTER ACCOUNTS SUBJECT TO LEGAL
                                    HOLD
1928451V.1